Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–34048–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Victor T Venturina | Dolores T Venturina |
| 11 Melvin Avenue | aka Dolores T Talusan |
| Iselin, NJ 08830 | 11 Melvin Avenue |
| | Iselin, NJ 08830 |

Social Security No.:
  xxx–xx–8267                                                     xxx–xx–6481

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 22, 2018</u>                          <u>Kathryn C. Ferguson</u>
                                                                     Judge, United States Bankruptcy Court